| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 3:10-CR-01 & 5:11-CR-39 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 3:14-00091-01 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Mark Irwin | Eastern District of Kentucky | Lexington |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Joseph M. Hood | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/8/2013 — TO 11/7/2016 |

OFFENSE
Conspiracy to Commit Mail/Wire Fraud, 18 U.S.C. 371 and False Declarations Before the Court, 18 U.S.C. 1623

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   EASTERN   DISTRICT OF   KENTUCKY

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   Middle District of Tennessee   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

2/4/14
*Date*

*Joseph M. Hood*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   MIDDLE   DISTRICT OF   TENNESSEE

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2-28-14
*Effective Date*

*United States District Judge*